UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cause No. 1:10-cr-0223 (WTL/KPF) |
| | ) | |
| CALVIN SHANE SHELTON, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Having reviewed Magistrate Judge Kennard P. Foster's Report and Recommendation that Calvin Shane Shelton's supervised release be modified, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves and adopts the Report and Recommendation as follows:

   a.   Defendant is ordered to become current on fees owed to U. S. Parole and Probation Office within 90 days;

   b.   Defendant will not open any new lines of credit without the approval of U. S. Parole and Probation; and

   c.   Defendant will remain on supervised release under the previously-imposed conditions.

SO ORDERED this 5th day of October, 2012.

_William T. Lawrence_

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Nick Surmacz,
Assistant United States Attorney
10 West Market Street, #2100
Indianapolis, IN 46204

Michael Donahoe,
Office of the Indiana Federal Community Defender
111 Monument Circle, #752
Indianapolis, IN 46204

U. S. Parole and Probation

U. S. Marshal Service