UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cause No. 1:10-cr-0223-WTL-MJD-1 |
| | ) | |
| CALVIN SHANE SHELTON, | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Mark J. Dinsmore=s Report and Recommendation that Calvin Shane Shelton=s supervised release be modified, pursuant to Title 18 U.S.C. ' 3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. ' 3583, the Court now approves and adopts the Report and Recommendation as follows:

1. The defendant shall be placed on home detention (when not engaged in employment, religious services or medical treatment or travel to or to or from the same with electronic monitoring (RF) to be paid by the defendant for a period of thirty (3) days, with all other terms of supervised release to remain the same.
2. The defendant is to reside at the residence approved by USPO.
   program as directed by the Court or the probation officer.
3. The defendant's thirty (30) day period of home detention is to begin upon the installation of a land line and monitoring equipment at the approved residence.

SO ORDERED this 04/07/2014

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Zachary Myers
Assistant U. S. Attorney
zachary.myers@usdoj.gov

Mike Donahoe
Indiana Federal Community Defender's Office
mike.donahoe@fd.org

U. S. Parole and Probation

U. S. Marshal