UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:10-cr-223-WTL-MJD-1 |
| | ) | |
| CALVIN SHANE SHELTON, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Having reviewed Magistrate Judge Denise K. LaRue's Report and Recommendation that

Calvin Shane Shelton's supervised release be modified, pursuant to Title 18 U.S.C. §3401(i),

Rule 32.1 (a)( 1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now

approves and adopts the Report and Recommendation as follows:

1.  The Defendant shall have his conditions of supervised release modified to include

    residing at a Residential Reentry Center until completion of his supervised release

    term.

SO ORDERED this 6th of October, 2015

*William T Lawrence*

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana